1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, FIDELITY & GUARANTY INSURANCE COMPANY, an IOWA corporation,<br><br>                     Plaintiffs,<br><br>vs.<br><br>KB HOME NORTH BAY, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>                     Defendants.<br><br>AND RELATED COUNTER CLAIM. | CASE NO.:  1:15-cv-00481-WBS-EFB<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>[Filed concurrently with the Stipulation of Dismissal] |

1

1    Pursuant to Federal Rule of Civil Procedure 41(a), the Joint Stipulation to Dismiss with
2 prejudice is granted. Accordingly, this action is dismissed with prejudice, with each party to bear its
3 own costs.

Dated:  July 22, 2016

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE